UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

Case No. 6:21-Cr-102-WWB-LHP

**UNITED STATES,**

   Plaintiff,

vs.

**DANNY WAYNE HOLMES,**

   Defendant.
_____/

## NOTICE OF APPEAL

**COMES NOW** the Defendant, **Danny Wayne Holmes**, by and through undersigned counsel, and hereby files this Notice of Appeal of his adjudication and sentence as issued in the final order of Judgment (R-595) entered on July 15th, 2022. The sentence was pronounced on July 14th, 2022.

Certificate of Service

   **I HEREBY CERTIFY** that a true and correct copy of this document has been furnished via the electronic filing system to the Office of the U.S. Attorney, Middle District of Florida, Orlando Division, on this 18th day of July, 2022.

By: s/Joseph R. Johnson_____
Joseph R. Johnson, Esq.
Florida Bar No.: 0002290
P.O. BOX 798
Ocoee, FL 34761
Phone: (407) 889-5401
JRJohnsonlaw@aol.com